UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| GAR-CAM LLLP, | ) | CASE NO. 26-17039 |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | HON. TIMOTHY A. BARNES |

**NOTICE OF MEETING OF CREDITORS**
**TO BE CONDUCTED VIA MICROSOFT TEAMS**

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for **Wednesday, November 18, 2026, at 1:30 pm**. Please also note that the meeting will be conducted via Microsoft Teams. Parties wishing to participate in the meeting must use the following information to access the meeting:

**To Join by Video**
**Meeting ID:** **992 119 936 209**
**Passcode:** **8rM9yK7G**

**To Join by Phone**
**Telephone No.:** **(202) 235-7900**
**Passcode:** **618 346 825#**

All appearances at the meeting of creditors will be by Microsoft Teams. No personal appearances are permitted unless otherwise instructed by the U.S. Trustee's Office. The Debtor and Debtor's counsel must appear by video. All others may attend either on video or by phone.

ADAM G. BRIEF
ACTING U. S. TRUSTEE

By: */s/ Suhey Ramirez*
Suhey Ramirez, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(202) 495-9936

# CERTIFICATE OF SERVICE

I, Suhey Ramirez,

☒ an attorney, certify
- or -
☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice on each entity shown on the attached list at the address shown and by the method shown on October 21, 2026, at 5:00 p.m.

By: */s/Suhey Ramirez*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

| | |
|---|---|
| Matthew Brash: | mbrash@newpointadvisors.us, I003@ecfcbis.com; emeyer@newpointadvisors.us; shaas@newpointadvisors.us; MDBSubV@newpointadvisors.us; tcalvert@newpointadvisors.us; tbrasher@newpointadvisors.us; amedere@newpointadvisors.us |
| Adam G. Brief: | Ustpregion11.es.ecf@usdoj.gov |
| Michael R. Schumann: | mschumann@kdlegal.com, lmitchell@kdlegal.com; rmayes@kdlegal.com |
| Gregory K. Stern: | greg@gregstern.com, monica@gregstern.com |

**Parties Served via U.S. First Class Mail*:**

- **See attached mailing matrix**

*The First-Class Mail Recipients will be served by BMC Group on the date noted above and a Proof of Service executed by BMC Group will be filed.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 10/21/2026 |
| Case: 26−17039 | Form ID: 309F2 | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | GAR−CAM LLLP 2500 N. Windsor Drive Arlington Heights, IL 60004 |
| tr | Matthew Brash Newpoint Advisors Corporation 5600 N. River Road Suite 800 Rosemont, IL 60018 |
| aty | Gregory K Stern Gregory K. Stern, P.C. 53 West Jackson Blvd. Suite 1442 Chicago, IL 60604 |
| smg | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 |
| smg | Internal Revenue Service Mail Stop 5014CHI 230 S. Dearborn Street, Room 2600 Chicago, IL 60604 |
| 32314218 | Cook County Treasurer 118 North Clark Street Suite 112 Chicago, IL 60602 |
| 32314219 | Freedom Mortgage P.O. Box 50485 Indianapolis, IN 46250 |
| 32315740 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 |
| 32315741 | Mail Stop 5014CHI 230 S. Dearborn Street, Room 2600 Chicago, IL 60604 |
| 32314220 | Michael R. Schumann Kreig Devault LLP 200 South Wacker Drive, Suite 600 Chicago, IL 60606 |
| 32314221 | The Budman Building LLC 2023 West Pierce Avenue Chicago, IL 60622 |

TOTAL: 11